IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ASD Specialty Healthcare, LLC, | : |
| *Plaintiff,* | : Case No. 1:23-cv-394 |
| vs. | : Judge Jeffery P. Hopkins |
| Retina Macula Specialists of Miami, LLC, *et al.*, | : |
| *Defendants.* | : |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised by Plaintiff's counsel that this case has settled.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **forty-five (45) days**, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: May 29, 2024

Hon. Jeffery P. Hopkins
United States District Judge